UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

UNITED STATES of AMERICA on behalf )
of its agency SECRETARY of U.S. )
DEPARTMENT of HOUSING and URBAN )
DEVELOPMENT, )
                                         )
                      Plaintiff    )
v.                                        )   No. 19-c-05942
                                           )
WILLIAM P. BUTCHER, special )
representative for PINKIE MAE HUDSON )   Judge Sharon Johnson Coleman
(deceased); DARLENE DAVIS aka )
DARLENE HUDSON; DORIS PARKER; )
unknown heirs and legatees of PINKIE )
MAE HUDSON; unknown owners and )
non-record claimants, )
                                           )
                     Defendants.   )

**PLAINTIFF'S RULE 55 MOTION FOR DEFAULT JUDGMENT
AND FOR ENTRY OF JUDGMENT OF FORECLOSURE**

The United States of America, by John R Lausch Jr., United States Attorney for the

Northern District of Illinois, moves this Honorable Court for an Order of Default Judgment

pursuant to Federal Rule of Civil Procedure 55 and in support, states as follows:

1.     Plaintiff initiated these proceedings on September 5, 2019 seeking a Judgment of

        Foreclosure and Sale.

2.     That the Defendants:

        a.   Darlene Davis aka Darlene Hudson was served by personal service on May

            4, 2021 (*see* Docket Entry #8)

        b.   Doris Parker was served by publication service on December 27, 2021 (*see*

            Docket Entry #50)

    c.   Unknown Heirs and Legatees of Pinkie Mae Hudson were served by publication service on December 27, 2021 (*see* Docket Entry #50)

    d.   Unknown Owners and Non-Record Claimants were served by publication service on December 27, 2021 (*see* Docket Entry #50)

3.    More than twenty one (21) days have elapsed since Defendant(s) were served, and he/she/it has failed to answer, plead, or otherwise defend the allegations of the United States' Complaint.

4.    Defendant(s)' failure to defend and deny the allegations of the United States' complaint results in those allegations being admitted and the United States therefore moves the Court for the entry of Default Judgment.

5.    Defendant(s) is/are not currently on active duty in the United States Military. (*See* Affidavit as to Military Service attached as Exhibit A).

6.    The United States' claim of damages is for a sum that is made certain by computation and is more specifically set forth in its supporting Judgment Affidavit. (*See* Affidavit of Amounts Due and Owing attached as Exhibit B; *see* Certificate of Prove-up of Foreclosure Fees and Costs attached as Exhibit C).

WHEREFORE, the United States moves this Honorable Court for an Order of Default Judgment of Foreclosure against the Defendants, Unknown Heirs and Legatees of Lucille Butler; Unknown Owners and Non-Record Claimants, and for that amount as set forth and made certain in its Judgment Affidavit and Certificate of Prove-up of Foreclosure Fees and Costs.

Respectfully submitted,

JOHN R LAUSCH JR.
United States Attorney

*s/Alexander B. Potestivo*
Alexander B. Potestivo (ARDC# 6327455)
Attorney for the United States
apotestivo@potestivolaw.com
223 W. Jackson Blvd., Suite 610
Chicago, Illinois 60606
(312) 263-0003